1  Matthew A. Holian (SBN 211728)
   DLA Piper LLP (US)
2  33 Arch Street, 26th floor
   Boston, MA 02110-1447
3  Telephone: (617) 406-6009
4  Facsimile: (617) 406-6109
   Email: Matt.Holian@dlapiper.com
5
6  George J. Gigounas (SBN 209334)
   DLA Piper LLP (US)
7  555 Mission Street, Suite 2400
   San Francisco, CA 94105-2933
8  Telephone: (415) 615-6005
   Facsimile: (415) 659-7305
9  Email: George.Gigounas@dlapiper.com

10 Attorneys for Defendant
   Pfizer Inc.
11
12 [SEE ADDITIONAL COUNSEL ON NEXT PAGE]

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18

19 | TERRENCE HAYES,              | Case No.: 3:16-cv-01093-LB |

20 |         Plaintiff,            |                            |

21 |            v.                | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO RESPOND TO COMPLAINT** |

22 | PFIZER, INC.                  |                            |

23 |         Defendant.            |                            |

24

25

26

27

28

<u>Will Seek Admission Pro Hac Vice:</u>
Joseph G. Petrosinelli
John E. Joiner
Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jpetrosinelli@wc.com
Email: jjoiner@wc.com

Loren H. Brown
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th floor
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: Loren.Brown@dlapiper.com

Attorneys for Defendant Pfizer Inc.


Rachel B. Abrams (SBN 209316)
Meghan McCormick (SBN 283853)
LEVIN SIMES LLP
44 Montgomery Street, 32nd Floor
San Francisco, CA 94104
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: rabrams@levinsimes.com
Email: mmccormick@levinsimes.com

<u>Will Seek Admission Pro Hac Vice:</u>
Ernest Cory
B. Kristian W. Rasmussen III
Mary C. Wheeler
Lauren S. Miller
Cory Watson, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
Email: krasmussen@corywatson.com
Email: mwheeler@corywatson.com
Email: lmiller@corywatson.com

Attorneys for Plaintiff

Plaintiff and Defendant stipulate that the date for Defendant to respond to the Complaint shall be extended to April 30, 2016.  In support of this request, the parties state:

This is one of a number of lawsuits filed in various federal courts alleging that the plaintiff's use of Viagra caused him to develop melanoma.  On December 11, 2015, several of these plaintiffs filed a petition with the Judicial Panel on Multidistrict Litigation ("JPML"), requesting that all such lawsuits be coordinated for pretrial purposes in an MDL proceeding, and suggesting that the MDL be established in the Northern District of California.

On December 22, 2015, Defendant responded to the petition, agreeing that an MDL proceeding would be appropriate and that the Northern District of California would be an appropriate venue for the MDL.

Plaintiff's petition will be heard at the next JPML hearing, on March 31, 2016 in Santa Barbara.

To ensure that the Court and the parties do not needlessly expend resources before the JPML decides which court and judge will preside over the expected MDL proceeding, the parties believe it is sensible to extend the time for Defendant to respond to Plaintiff's Complaint to April 30, 2016.  By that date, the parties expect that an MDL proceeding will be established, and that the MDL court will later establish a global process for the filing of and responses to complaints.

DATED:  March 9, 2016              By:____/s/ Rachel B. Abrams_____
                                   Rachel B. Abrams (SBN 209316)
                                   Meghan McCormick (SBN 283853)
                                   LEVIN SIMES LLP
                                   44 Montgomery Street, 32nd Floor
                                   San Francisco, CA 94104
                                   Telephone: (415) 426-3000
                                   Facsimile: (415) 426-3001
                                   Email: rabrams@levinsimes.com
                                   Email: mmccormick@levinsimes.com

                                   *Attorneys for Plaintiff*

DATED:  March 9, 2016              By:____/s/ Matthew A. Holian____
                                   Matthew A. Holian (SBN 211728)
                                   DLA PIPER LLP (US)

1  
2  
3  
4  
5  
6  
7  
8  
9  

33 Arch Street, 26th floor  
Boston, MA 02110-1447  
Telephone: (617) 406-6009  
Facsimile: (617) 406-6109  
Email:  Matt.Holian@dlapiper.com  

George J. Gigounas (SBN 209334)  
DLA PIPER LLP (US)  
555 Mission Street Suite 2400  
San Francisco, California  94105-2933  
Telephone: (415) 615-6005  
Facsimile: (415) 659-7305  
Email:  George.Gigounas@dlapiper.com  

*Attorneys for Defendant Pfizer Inc.*

10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

1  I, Matthew A. Holian, am the ECF user whose identification and password are being used to file
2  the foregoing Stipulation And [Proposed] Order Continuing Deadline To Respond To Complaint.
3  I hereby attest that the above-referenced signatory to this stipulation has concurred in this filing.

                                           /s/ Matthew A. Holian
                                           MATTHEW A. HOLIAN

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED:

The time for Defendant Pfizer Inc. to respond to Plaintiff's complaint in this action is continued until April 30, 2016.

Dated: __3/21_____, 2016

By: _____
District ~~Magistrate~~ Judge ~~Laurel Beeler~~ Richard Seeborg
United States District Court